No. D–1466. IN RE DISBARMENT OF WALSH. It is ordered that Arthur Beauchesne Walsh, of Littleton, Colo., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.